## JACQUES LASSELLE ET AL. *versus* FRANCIS LASSELLE

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Appearances *p. 155.
PAPERS IN FILE: [None]

## JOSEPH CAMPAU, ADMINISTRATOR, ETC., OF DENIS CAMPAU, DECEASED, *versus* JACOB SMITH

JOURNAL ENTRIES (1821): *Journal 3:* (1) Appearance *p. 155; (2) motion to quash habeas corpus granted *p. 201.
PAPERS IN FILE: (1) Precipe for certiorari; (2) writ of habeas corpus and return.

*1821 Calendar*, MS p. 54.  Recorded in *Book A*, MS pp. 148–50.

## ASA MADISON *versus* JAMES FULTON

JOURNAL ENTRIES (1821): *Journal 3:* (1) Transcript filed, judgment *p. 155.
PAPERS IN FILE: (1) Transcript of county court record; (2) attorney's bill of fees.

*1821 Calendar*, MS p. 111.  Recorded in *Book A*, MS pp. 22–28.